**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 799 MAL 2018

            Respondent                      :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

            v.                            :

                                       :

DANTE WASHINGTON,                 :

                                       :

               Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.